UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************:

| | |
|---|---|
| **DUNG TRUONG** : | **CIVIL ACTION NO. 3:22-CV-01600** |
| : | |
| **V.** : | |
| : | |
| **WALMART, INC.** : | **DECEMBER 16, 2022** |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Walmart, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby removes this action from the Superior Court, Judicial District of Ansonia-Milford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1. The plaintiff, Dung Truong ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Dung Truong v. Walmart, Inc.* and returnable to the Superior Court, Judicial District of Ansonia-Milford  A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on or around November 23, 2022.

3. In his Complaint, the Plaintiff seeks unspecified damages. However, the Plaintiff alleges the following injuries and damages: "a. cervical radiculopathy; b. lumbar radiculopathy; c. L1-2 paracentral herniation; d. Disc bulges at T12-L1, L1-L2, L2-L3, L3-L4, L4-L5, and L5-S1 with

- 1 -

spodylitic change; e. Straightening of the cervical lordosis with spondylitic changes; f. Herniations at C3-C4, C4-C5, C5-C6 and C6-C7 …; g. Multiple surgical procedures; h. Surgical scars; i. Future surgeries," as well as aggravation of preexisting conditions, pain, and suffering. See Exhibit A at ¶ 7. Plaintiff further alleges that he "sustained injuries of a severe and permanent nature, and has….incurred expenses for emergency room and hospital care treatment, medical care and treatment dental care and treatment, diagnostic testing, injections, future treatment, surgical interventions, vocational and occupational therapies, MRIs, X-Rays, and prescription medication" and that "it is reasonably probably that the plaintiff will require future medical treatment and expenses." Id. at ¶ 8. Finally, Plaintiff claims that "some or all of the injuries of the plaintiff will be permanent in nature and/or permanently disabling." Id. at ¶ 9. Based on Plaintiff's allegations and Defendant's investigation to date, the damages claimed exceed $75,000.00 upon information and belief.

4. Pursuant to the Summons, the Plaintiff has an address in Bronx, New York.

5. Defendant, Walmart, Inc. is a Delaware corporation with a principal place of business in Bentonville, Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendant.

5. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

Dated this 16th day of December 2022.

                                              THE DEFENDANT

By:  /s/ George C. Springer, Jr.
      George C. Springer, Jr. [ct03263]
      Michael D. Blumberg
      Austin K. Moran [ct31252]
      Rogin Nassau LLC
      185 Asylum Street, 22nd Floor
      Hartford, CT 06103-3460
      Tel: (860) 256-6380
      Fax: (860) 278-2179
      E-mail: gspringer@roginlaw.com

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

## CERTIFICATION

This is to certify that a copy of the foregoing was served electronically this 16th day of December 2022 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael B. Ronemus
Ronemus & Vilensky, LLP
112 Madison Ave., 2nd Floor
New York, NY 10016
E: Mike.ronemus@ronvil.com
*Counsel for the Plaintiff*

/s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]

# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1   Rev. 2-22<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on<br>ADA accommodations,<br>contact a court clerk or<br>go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>14 West River Street, Milford, CT 06460 | Telephone number of clerk<br>(203) 877 – 4293 | Return Date *(Must be a Tuesday)*<br>01/10/2023 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session   ☐ Number: ___ | At *(City/Town)*<br>Milford | Case type code *(See list on page 2)*<br>Major: **T**    Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Ronemus & Vilensky, 112 | Juris number *(if attorney or law firm)*<br>309561 |
|---|---|
| Telephone number<br>(212) 779 – 7070 | Signature of plaintiff *(if self-represented)* | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>mike.ronemus@ronvil.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Truong, Dung<br>Address: 248 Robinson, Apt. F1, Bronx, NY 10465 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Walmart, Inc., 702 SW *th Street, Bentonville, AR, 72716<br>Address: Agent for Service: CT Corporation System, 67 Burnside Ave., East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>11/16/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Michael B. Ronemus |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST
LUCIA O'TOOLE
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form

| | | |
|---|---|---|
| RETURN DATE: JANUARY 10, 2023 | : | SUPERIOR COURT |
| DUNG TRUONG | : | J.D. OF ANSONIA-MILFORD |
| VS. | : | AT MILFORD |
| WALMART, INC. | : | NOVEMBER 16, 2022 |

## COMPLAINT

1.  The Plaintiff, DUNG TRUONG, residing in the Town of Bronx, County of Bronx, in the State of New York.

2.  At all times mentioned herein, the Defendant, WALMART, INC. was a foreign corporation was formed and incorporated under the laws of the state of Delaware, with its principal business address of 702 S.W. 8th Street in Bentonville, Arkansas and authorized to conduct business in Connecticut..

3.  On or about July 28, 2021, and for some time prior thereto, the Defendant, WALMART, INC., owned, possessed, maintained, operated and/or engaged a retail store open to the public located at 1365 Boston Post Road in the town of Milford, in the state of Connecticut.

4.  On or about July 28, 2021, the Plaintiff, DUNG TRUONG, was lawfully on the premises and leased and operated a nail shop within WALMART retail store and at times was a patron at the WALMART, INC., located at 1365 Boston Post Road in the town of Milford, Connecticut.

5.  On said date, and at said place, the Defendant, WALMART, INC., its agents, servants, and/or employees failed to properly maintain the floors by allowing a liquid substance or other material hazard to accumulate or remain on the floor near the cash registers causing DUNG TRUONG to slip and fall resulting in a serious injury when he walked through the area.

6. The Plaintiff's injuries and losses were the result of the negligence and carelessness of the Defendant acting through its employees, agents and/or servants in one or more of the following ways:

   a. The Defendant negligently failed to inspect, maintain or safeguard the premises from liquid or hazard material for the safety of its patrons;

   b. The Defendant knew, or, in the exercise of reasonable care, should have known that the accumulation of a liquid or material on the floor would cause one to fall and cause injury;

   c. The Defendant negligently failed to warn the Plaintiff that there was a puddle of water, liquid or other hazard material where the Plaintiff was stepping;

   d. They Defendant failed to warn the Plaintiff of the danger that stepping into a puddle of water, liquid or other hazard material would create a dangerous condition and cause the plaintiff to fall;

   e. The Defendant caused, permitted, and/or tolerated the existence of an unreasonably dangerous condition to exist by failing to check for water or other liquid or other hazardous substances on the floor, and thereby created a defective condition;

   f. The Defendant failed to place any warning signs for the protection of persons lawfully upon said premises regarding the existence of the aforesaid dangerous and hazardous conditions;

   g. The Defendant failed to make reasonable inspection of the premises;

    h. The Defendant failed to keep the premises in a reasonably safe condition for those lawfully upon said premises;

    i. The Defendant allowed the water or other substances to remain on the floor for an unreasonable period of time, and failed to take proper measures to remedy and correct the same;

    j. The Defendant failed to exercise reasonable care under the circumstances that were existing;

    k. The Defendant failed to prevent and/or turn the Plaintiff away from the dangerous condition;

    l. The Defendant failed to adopt or enforce rules, polices, regulations and/or procedures for the prompt removal and/or remedy of the defects on the floor.

7.     As a direct result of the negligence and carelessness of the defendant, WALMART, INC. the plaintiff, DUNG TRUONG sustained the following injuries of a severe and permanent nature, and as a result of these injuries, the plaintiff has suffered and with reasonable certainty will continue to experience pain and mental anguish:

    a. Cervical radiculopathy;

    b. Lumber radiculopathy;

    c. L1-2 paracentral herniation;

    d. Disc bulges at T12-L1, L1-L2, L2-L3, L3-L4, L4-L5, and L5-S1 with spondylitic change;

    e. Straightening of the cervical lordosis with spondylitic changes;

    f.  Herniations at C3-C4, C4-5, C5-C6 and C6-C7 deform the cervical spinal cord creating severe canal stenosis and bilateral neural foraminal narrowing;

    g.  Multiple surgical procedures;

    h.  Surgical scars;

    i.  Future surgeries;

    j.  Injuries that may constitute an aggravation and/or activation of a latent preexisting asymptomatic degenerative condition;

    k.  Past and future medical expenses;

    l.  Interference with activities of daily living;

    m.  Pain and suffering and emotional distress with shock to his nervous system; and

    n.  Loss of enjoyment of life.

8.    As a direct result of the negligence and carelessness of WALMART, INC. the plaintiff, DUNG TRUONG, sustained injuries of a severe and permanent nature, and as a result of these injuries, has incurred, and may continue to incur, expenses for emergency room and hospital care treatment, medical care and treatment, dental care and treatment, diagnostic testing, injections, future treatment, surgical interventions, physical, vocational and occupational therapies, MRIs, X-Rays, and prescription medication. It is reasonably probable that the plaintiff will require future medical treatment and expenses.

9.    Some or all of the injuries of the plaintiff will be permanent in nature and/or permanently disabling.

10.    As a further direct result of the negligence and carelessness of the defendant, the ability of the Plaintiff to enjoy life's activities has been impaired.

WHEREFORE, the plaintiff, DUNG TRUONG, claims and demands the following:

1. Monetary damages;
2. Costs; and
3. Such other relief as this Court deems just and equitable.

Dated this 16th day of November, 2022.

> The Plaintiff,
> DUNG TRUONG,
>
> By: _____
> Michael B. Ronemus, Esq.
> Ronemus & Vilensky, LLP
> 112 Madison Ave., 2nd Floor
> New York, NY 10016
> Tel: (212) 779-7070
> Fax: (212) 686-2490
> Mike.ronemus@ronvil.com
> Juris No. 309561
> Attorneys for Plaintiff

A TRUE COPY ATTEST:

LUCIA O'TOOLE
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY
INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE: JANUARY 10, 2023 | : | SUPERIOR COURT |
| DUNG TRUONG | : | J.D. OF ANSONIA-MILFORD |
| VS. | : | AT MILFORD |
| WALMART, INC. | : | NOVEMBER 16, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of demand, exclusive of interest and costs, is in excess of Fifteen Thousand ($15,000.00) Dollars.

           The Plaintiff,
           DUNG TRUONG

By: _____
           Michael B. Ronemus, Esq.
           Ronemus & Vilensky, LLP
           112 Madison Ave., 2nd Floor
           New York, NY 10016
           Tel: (212) 779-7070
           Fax: (212) 686-2490
           Mike.ronemus@ronvil.com
           Juris No. 309561
           Attorney for Plaintiffs

A TRUE COPY ATTEST:
LUCIA O'TOOLE
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY
INDIFFERENT PERSON